# EXHIBIT B

Procedure No: 210-05                              Date Effective: 01-01-00

## BEDSIDE ARRAIGNMENT

**PURPOSE** To reduce manpower required to guard prisoners confined in hospitals.
**DEFINITION**
PRISON WARD - a hospital ward under the jurisdiction of the Department of Correction.
**PROCEDURE** When a prisoner not eligible for a DESK APPEARANCE TICKET (PD260-121), is admitted to a hospital prior to arraignment, comply with *P.G. 210-02, "Hospitalized Prisoners,"* and, in addition:

**DESK OFFICER, PRECINCT OF ARREST**
1. Have arresting officer report to the precinct of arrest or other designated arrest processing facility and have court affidavit prepared.

**ARRESTING OFFICER**
2. Instruct civilian complainant to appear at the precinct of arrest, designated arrest processing facility, or Criminal Court on scheduled return date, as appropriate, if Supporting Deposition is not prepared.

**DESK OFFICER, PRECINCT OF ARREST**
3. Upon completion and signing of court affidavit by arresting officer, notify borough court section supervisor concerned that the court affidavit has been completed and request a bedside arraignment for hospitalized prisoner.
   a. Enter notification in Telephone Record.

**BOROUGH COURT SECTION SUPERVISOR CONCERNED**
4. Have completed arrest package delivered to Court Clerk for docketing.

**DESK OFFICER, PRECINCT OF DETENTION**
5. Prepare **BEDSIDE ARRAIGNMENT WORKSHEET (PD244-1411)**.
6. Ensure that a copy of all completed arrest related paperwork is kept in a folder at the desk, including:
   a. **ON LINE BOOKING SYSTEM ARREST WORKSHEET (PD244-159)**
   b. Prisoner Movement Slip
   c. **BEDSIDE ARRAIGNMENT WORKSHEET.**
[I.O. 18 s 05] 7. Have copy of ON LINE BOOKING SYSTEM ARREST WORKSHEET and fingerprint/palmprint charts, (if required), delivered to guarding officer (see *P.G. 210-02, "Hospitalized Prisoners"*).
8. Assign uniformed member of the service to fingerprint/palmprint prisoner, if required.
   a. Obtain assistance from Identification Section, if fingerprints/ palmprints cannot be obtained by normal means.
9. Contact hospital administrator and determine how long prisoner will be confined for treatment.

> [I.O. 18 s 05] *NOTE If hospital denies permission to fingerprint /palmprint, photograph or arraign prisoner due to prisoner's physical condition, ascertain earliest date when the prisoner can be processed.*

**GUARDING MEMBER**
[I.O. 18 s 05] 10. Notify desk officer, precinct of detention, when fingerprints/ palmprints have been taken.
11. Ask prisoner if he/she wants legal assistance and/or an interpreter and notify desk officer, precinct of detention, of results.

**DESK OFFICER, PRECINCT OF DETENTION**
12. Record information concerning fingerprinting, request for legal assistance and/or interpreter on **BEDSIDE ARRAIGNMENT WORKSHEET**.
[I.O. 18 s 05] 13. Direct precinct messenger to deliver completed fingerprint /palmprint charts to the borough court section supervisor concerned, if necessary.
14. Request Photographic Unit to photograph prisoner.
   a. Furnish Photographic Unit with information listed on **BEDSIDE ARRAIGNMENT WORKSHEET**.

**GUARDING MEMBER**
15. Notify desk officer, precinct of detention, when prisoner has been photographed.

SV0016

Procedure No: 210-05

16. After arraignment, notify desk officer, precinct of detention, with the following information:
    a. Judge's name    b. Arraignment date    c. Disposition of arraignment

**DESK OFFICER, PRECINCT OF DETENTION**
17. Record arraignment information on **BEDSIDE ARRAIGNMENT WORKSHEET** and in Telephone Record.
18. Reassign guarding officer if prisoner is released from custody or posts bond.

> **NOTE** Bail may be posted at the borough criminal court concerned, **not** at the stationhouse, precinct of detention. After bail is posted, the Bail Receipt will be delivered to the desk officer, precinct of detention.

**GUARDING MEMBER**
19. Obtain copy of Court Commitment order from the court officials, if prisoner is held on bail or remanded.
20. Contact hospital liaison and inquire about arrangements made for transfer of prisoner to Department of Correction.
21. Notify desk officer, precinct of detention, of transfer arrangements.
22. Deliver prisoner and Court Commitment order to the Department of Correction officer at hospital.
23. Sign Department of Correction form "Prisoner Ward Record" as a receipt for prisoner.
24. Make appropriate entries in **ACTIVITY LOG (PD112-145)** and include prisoner's name, arrest number, correction officer's name and shield number.
    a. Ensure **ACTIVITY LOG** entries correspond with entries made by correction personnel under "Valuables Received" on Prisoner Ward Record.
    b. Report any discrepancy to desk officer, precinct of detention.

**DESK OFFICER, PRECINCT OF DETENTION**
25. Notify borough court section concerned when:
    a. Prisoner has been transferred.
    b. Bedside arraignment is delayed in excess of six (6) or more days.
    c. Any problem arises which cannot be resolved by detention precinct personnel.
26. Upon completion of arraignment, have folder containing arrest related paperwork filed at precinct of detention.

**PLANNING OFFICER, PRECINCT OF DETENTION**
27. Coordinate the procedural steps involved in bedside arraignments.
28. Establish communication with agencies and hospitals that may be involved in bedside arraignments.
29. Maintain a file containing the telephone number(s) of individuals to be contacted when arranging for bedside arraignments.

**ADDITIONAL DATA** *When a prisoner is released from a hospital prior to arraignment, the guarding member will obtain a signed medical release from the attending physician and escort the prisoner, rear cuffed, to court for arraignment. The uniformed member concerned will deliver the medical release to the borough court section supervisor. If a complaint has been previously prepared, borough court section personnel will retrieve and deliver the complaint to the court clerk for docketing. When a Certificate of Release is presented for an arraigned and hospitalized prisoner stating that bail has been posted, the guarding member will notify the desk officer, precinct of detention, who will make appropriate entries on the BEDSIDE ARRAIGNMENT WORKSHEET and ON LINE BOOKING SYSTEM ARREST WORKSHEET. The Certificate of Release will be attached to the ON LINE BOOKING SYSTEM ARREST WORKSHEET and the borough court section supervisor will be notified.*

**RELATED PROCEDURES** *Prisoners Requiring Medical/Psychiatric Treatment (P.G. 210-04)*
   *Hospitalized Prisoners (P.G. 210-02)*

**FORMS AND REPORTS**   *ACTIVITY LOG (PD112-145)*
   *BEDSIDE ARRAIGNMENT WORKSHEET (PD244-1411)*
   *DESK APPEARANCE TICKET (PD260-121)*
   *OFFICIAL LETTERHEAD (PD158-151)*
   *ON LINE BOOKING SYSTEM ARREST WORKSHEET (PD244-159)*

SV0017