# EXHIBIT F

**From:** embellin <embellin@aol.com>
**To:** dmbabazi <dmbabazi@law.nyc.gov>
**Subject:** Stephen Vinson v. The City of New York, Victor Eng, Igor Bondarenko and "John Doe" #1 -3
**Date:** Wed, Apr 13, 2016 6:47 pm

Ms. Mbabazi:

I am writing to confirm our discussion of discovery issues this afternoon:

It is my understanding that we agreed to the following:

    1. You are forwarding a confidentiality agreement tonight and upon receipt of a signed copy by e-mail, you will forward personnel, I.A.B. and C.C.R.B. records indicated in your response during regular business hours on Thursday.

    2. You will determine if a patrol supervisor responded to Lutheran Medical Center on December 22, 2013 with respect to the arrest of Stephen Vinson, as required by Procedure No. 210-02 of the Patrol Guide and, if one did, identify him/her.

    3. You will determine whether there was an individual with the job title Borough Court Section Supervisor for the borough of Brooklyn and, if there was, you will identify who that individual was between December, 2013 and January, 2014.

    4. You will identify the desk officers for the 72nd and 76th Precincts during the period Mr. Vinson was in Lutheran Medical Center.

    5. You will indicate whether communications between the guarding officers and the desk officers of the 72nd and 76th Precincts required by Patrol Guide Procedures 210-02 and 210-05 exist, and if they do you will produce them.

    6. You will search for documents prepared by the Brooklyn Borough Court Section and will either provide any that exist or indicate that none exist -- as opposed to stating that you do not have any.

    7. You are searching for and will provide, if they exist:
        A. The guarding officers' memo book entries
        B. 911 recordings and Sprint reports
        C. Audio communications and Sprint reports.

Patrol Guide Procedures 210-02 and 210-05 were included with the plaintiff's Initial Disclosure Pursuant to F.R.C.P Section 26(a)(1), Bates stamped SV0009 to SV0017.

Please immediately inform me of any errors in my understanding.

Eugene M. Bellin
Michelstein & Associates, PLLC
485 Madison Avenue - Suite 1300
New York, N.Y. 10022
Tel. (212) 588-0880
Fax (212) 588-0811